**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MITCHELL D. TECONCHUK**                                                                                      **PLAINTIFF**
**ADC #158686**

v.                              Case No. 4:21-cv-01220-KGB

**CHRISTOPHER BUDNICK,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Edie R. Ervin (Dkt. No. 45). Plaintiff Mitchell D. Teconchuk has not filed objections to the Recommended Disposition, and the time for doing so has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 45). The Court grants Major Tasha L. Griffin's motion for summary judgment (Dkt. No. 41). Mr. Teconchuk's remaining retaliation claim against Major Griffin is dismissed with prejudice. The Clerk is instructed to close the case.

So ordered, this 7th day of September, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge