IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MITCHELL D. TECONCHUK**                                                                            **PLAINTIFF**
**ADC #158686**

v.                                            Case No. 4:21-cv-01220-KGB

**CHRISTOPHER BUDNICK,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and all other Orders previously entered in this case, it is considered, ordered, and adjudged that plaintiff Mitchell D. Teconchuk's amended complaint is dismissed consistent with the Court's prior Orders (Dkt. No. 10). The relief sought is denied.

So ordered, this 7th day of September, 2023.

*[Signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge